UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　　Jocelyn M Alamoodi<br><br>　　　Debtor(s) | Case No. 12 B 09723 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/12/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 07/25/2012.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $762.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**  $762.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $38.86 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**  $38.86

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acme Continental Credit Union | Unsecured | 1,698.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hosp | Unsecured | 1,713.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 554.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 509.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| CB Of The Hudson Valle | Unsecured | 1,151.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| Client Funding Solutions Corp | Unsecured | 29,036.00 | 32,217.62 | 32,217.62 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| Cross Checks | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services Inc | Unsecured | 5,253.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| DeVry University | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Federal Loan Service | Unsecured | 7,543.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| Golden Motors | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Greentree & Associates | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| Greentree & Associates | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| Honor Finance | Unsecured | 6,666.00 | 6,666.40 | 6,666.40 | 0.00 | 0.00 |
| Humana Inc | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bone & Joint Institute | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 1,163.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,054.00 | NA | NA | 0.00 | 0.00 |
| Kindwald Law Offices | Unsecured | 1,310.00 | 2,164.50 | 2,164.50 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV Funding | Unsecured | 866.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding | Unsecured | 969.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 687.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 891.00 | NA | NA | 0.00 | 0.00 |
| National Credit Solution | Unsecured | 1,155.00 | NA | NA | 0.00 | 0.00 |
| Nicholas Financial | Unsecured | NA | 87.00 | 87.00 | 0.00 | 0.00 |
| Nicholas Financial | Secured | 11,538.00 | 11,625.00 | 11,538.00 | 723.14 | 0.00 |
| Overland Bond & Investment Corp | Unsecured | 12,166.00 | NA | NA | 0.00 | 0.00 |
| Pathology Consultants Inc | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PLS Financial | Unsecured | 3,058.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank NA | Unsecured | 4,870.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,663.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 8,264.00 | NA | NA | 0.00 | 0.00 |
| South Suburban College | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| Southeast Anesthesia Consult | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| St Margaret Hospital & Medical Center | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Suburban Emergency Physician | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 1,086.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| The Pit Shop | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| University Of Phoenix | Unsecured | 4,823.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| Volvo Of Tinley Park | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| WOW Internet & Cable | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| WOW Internet & Cable | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $11,538.00 | $723.14 | $0.00 |
| **TOTAL SECURED:** | **$11,538.00** | **$723.14** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,135.52** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $38.86 |
| Disbursements to Creditors | $723.14 |
| **TOTAL DISBURSEMENTS** : | **$762.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/16/2013      By: /s/ Marilyn O. Marshall
                                                                                                     Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**